# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRIE RAE LESLIE,<br><br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:15-cv-190-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: December 08, 2015     _____
                                             GAIL J. STANDISH
                                             UNITED STATES MAGISTRATE JUDGE